**SUCCESSION OF ALBERT E. PITTMAN**

\* NO. 2019-CA-0683

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*JCL* **LOBRANO, J., CONCURS IN THE RESULT**